IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DENNIS MCDANIEL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 5:22-CV-140 (CAR) |
| v. | : | |
| | : | |
| SOUTHERN CORRECTIONAL | : | |
| MEDICINE, LLC, d/b/a GENESYS | : | |
| HEALTH ALLIANCE; DR. PETER | : | |
| WROBEL; DR. SHAD STORMANT; | : | |
| DANIELA TORRES, NP; NURSE | : | |
| RAWNI SPRAGUE; SHERIFF | : | |
| CULLEN TALTON; and HOUSTON | : | |
| COUNTY, GEORGIA; | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER ON GRANTING MOTION FOR ENTRY OF FINAL ORDER

On April 1, 2022, Plaintiff filed his Complaint [Doc. 1] against all Defendants. On August 4, 2022, the Court granted Defendant Houston County, Georgia and Sheriff Cullen Talton's Motion for Judgment on the Pleadings [Doc. 13], terminating them from the case. On November 22, 2023, Plaintiff dismissed with prejudice his claims against Defendants Rawni Sprague, Shad Stormant, Daniela Torres, and Peter Wrobel [Doc. 29]. On January 2, 2024, Plaintiff dismissed with prejudice his claims against the sole remaining Defendant, Southern Correctional Medicine, LLC [Doc. 30].

1

Plaintiff Dennis McDaniel now moves the Court for a final order approving the parties' stipulation of dismissal so there will be a final order terminating the case from which he may appeal. The Court **GRANTS** Plaintiff's Motion [Doc. 37], **DISMISSES** this case, and **DIRECTS** the Clerk of Court to enter judgment.

**SO ORDERED,** this 6th day of March, 2024.

                                                    s/ C. Ashley Royal_____
                                                  C. ASHLEY ROYAL, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT