IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DENNIS MCDANIEL, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-CV-140 (CAR) |
| | * |
| SOUTHERN CORRECTIONAL MEDICINE, LLC et al., | * |
| Defendants. | * |

_____

**J U D G M E N T**

Pursuant to this Court's Order dated March 6, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of March, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk