IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DENNIS MCDANIEL, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-CV-140 (CAR) |
| | * |
| SOUTHERN CORRECTIONAL MEDICINE LLC et al., | * |
| Defendants. | * |

_____

### AMENDED J U D G M E N T

Pursuant to this Court's Order dated April 5, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of April, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk